**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Cameron R. Howat Jr. aka C. Ross Howat Jr.<br>                                    Debtor | |
| Lakeview Loan Servicing, LLC,<br>its successors and/or assigns<br>                                    Movant<br>            v.<br>Cameron R. Howat Jr. aka C. Ross Howat Jr.<br>                                    Respondent<br>                        and<br>Jeffrey J. Sikirica, Trustee<br>                                    Additional Respondent | BK. NO. 16-24294 CMB<br><br>CHAPTER 7<br>Related to Docket #___13_____<br><br><br>**ENTERED BY DEFAULT** |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

   AND NOW, this 21st day of February, 2017, at Pittsburgh, upon Motion of Lakeview Loan Servicing, LLC, it is

   **ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 500 Sunrise Drive, Cranberry, PA 16066 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge    dmr

FILED
2/21/17 11:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Cameron R. Howat Jr. aka C. Ross Howat Jr.
303 Jameson Court
Seven Fields, PA 16046

Brian C. Thompson
125 Warrendale-Bayne Road
Suite 200
Warrendale, PA 15086
bthompson@ThompsonAttorney.com

Jeffrey J. Sikirica
1200 Koppers Building
436 Seventh Street
Pittsburgh, PA 15219


KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 16-24294-CMB
Cameron R. Howat, Jr.                                               Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dric              Page 1 of 1             Date Rcvd: Feb 21, 2017
                              Form ID: pdf900        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2017.
db             +Cameron R. Howat, Jr.,    303 Jameson Court,    Seven Fields, PA 16046-4353

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2017 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Cameron R. Howat, Jr. bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              James Warmbrodt     on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@consolidated.net,
               PA59@ecfcbis.com;a.a.farrell@comcast.net;KTosadori@bglaw-llp.com;JSikirica@bglaw-llp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 4